sxb

**RECEIVED**

JAN 1 4 2019 LA

2019 JAN 14 AM 3: 27

CLERK
U.S. DISTRICT COURT

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

1  JORDAN ANTONOV SAHATTCHIVE PRO SE
2  5722 W MAPLE AVENUE
   BERKELEY, ILLINOIS 60163
   Tel: ~~708-543-4308~~
3  Fax: 708-544-3807

4

5

6                    **UNITED STATES DISTRICT COURT**

7                    **NORTHERN DISTRICT OF ILLINOIS**

8

9   JORDAN ANTONOV SAHATTCHIEVE, Ph.D,          Case No.:

10           Plaintiff,

11              v.                               **COMPLAINT, SO HELP ME GOD**

12  WILBUR WRIGTH COLLEGE,                       **1:19-cv-00326**
                                                 **Judge John J. Tharp, Jr**
13           Defendant.                          **Magistrate Judge Sunil R. Harjani**

14

15       1.      I, the plaintiff in the above titled action, currently reside at 5722 West Maple

16  Avenue in Berkeley, Illinois 60163; my telephone number is 630-827-9316.

17       2.      Wilbur Wright College, the defendant in the above titled action, is located at 4300

18  North Narragansett Avenue, Chicago, Illinois 60634. Wilbur Wright College's telephone

19  number is 773-777-7900. The telephone number for the Office of the General Counsel of the

20  City Colleges of Chicago is 312-553-2920.

21       3.      This action is brought under Title VII of the Civil Rights Act of 1964 for

22  employment discrimination. Jurisdiction is conferred upon this Court by 42 U.S.C. Section

23  2000e-5. Equitable relief and other relief is sought under 42 U.S.C. Section 2000e et seq. and

24  other relevant sections of United States Federal Law, including Biblical precedent which may be

25  used to adjudge this herein matter.

26

27

28

                                                1
                                          [COMPLAINT]

*[Handwritten top margin]* †: Forget obsolution by all of the fake churches & will ask for that from the Almighty GOD.
†: Being gay, a lesbian, a queer, a transexual, or a bisexual is NOT a sin. I am a gay man and a prophet!

4. Whosoever for a man ruleth, in these parts follow: Are ye of little faith? If ye object to my lawful and with due cause mention of and appeal to The LORD Almighty God and HIS eternal word, herein, self-recuse forthwith! For if thou doest not self-recuse, thou art an idolator or a non-repenting and/or non-penitent sinner. Thou shalt incur The LORD's Wrath. What form of smiting thou may suffer, I know not. I, having been baptized by a Bulgarian Orthodox man of faith in the name of the Father and of the Son and of the Holy Spirit when I was a child, which man has and/or was spiritually descended from The Christ Himself, in what mysterious way I know not, having received Holy Communion and an Anointing of the Sick, having confessed my sins †† and repented therefor, I admonish thee magistrate, judge, or possibly thee non-penitent sinner, strike not any mention of The LORD, HIS eternal word, HIS Son, and the Holy Spirit Whose witness you here have petitioning for justice in this land. If you are a non-penitent sinner self-recuse and obtain a remission and/or absolution, of your sins, or whatever you call this act here in the land – not to be confused with tempting and/or committing sins with the men of faith working here so that you may have access to this relief. If thou art a woman – self-recuse, was not Eve who spoke to the serpent first?

Further: I, having witnessed the powers of prophesy conferred upon me by The LORD, having seen thunderbolt and ball lightenings about my person in a week (or two), having witnessed the Holy Sprit in the form of a Dove on a Mountain in Bulgaria, and a glowing contour of The Son on my mother's blinds in her residence in the city of Sofia in Bulgaria, in which city I was born and baptized, have come to tell ye of little faith: The LORD Exists and HE is a Righteous God, HE is the God of Israel, the God of Avra'am, Isaac, and of Iakov. HE is my God too.

*[Handwritten]* Addendum: Having done all of the above, having written all of the above, I now believe that The LORD is upset with me because I quit having gay sex and because excommunicated my gay friends from my life on other peoples' say so! I further believe that the Laws of Moses applies to the Ismelites only. I having loved the Jews with all my heart, yes they have led me into temptation and also love am prepared to be crucified on Golgotha if The LORD Almighty God needs my blood in addition to the blood of his Son whom we call Thelhrist so that the Ismelites can be free from the proscription against homosexuality. I shall, in this eventuality, require disciples, and/or miracles to confirm that this 2 second crucifixion on Golgotha is needed

[COMPLAINT]

1    5.    The acts complained of in this suit concern the termination of my employment at

2    and by Wilbur Wright College, hereinafter "the college", without cause and without notice as

3    well as the pain I endured as a result of the college's failure to provide reasonable

4    accommodations for my disability disclosed at my initial hire on Form CC-305.* Notwithstanding

5    the manner of my termination, the events which immediately preceded it were as follows:  On

6    the day before my termination I was scheduled to teach an Intermediate Algebra Class at the

7    college's campus located at the address given in this complaint recited in paragraph (2) above.

8    Upon entering the classroom I asked the class to maintain silence during the course of my lecture

9    as due to circumstances beyond my control, which had necessitated my solicitation of police

10   assistance in manner conducive to the peaceful resolution of a domestic dispute previously

11   arisen, I was possessed of less than my usual measure of comportment and had accordingly a

12   lower threshold for the students' disruptive behavior.  Despite my admonition, one of my former

13   students, Ms. Aileen Gonzalez, started to heckle me by making a hissing noise behind my back

14   as I was writing on the whiteboard.  I asked Ms. Gonzalez to discontinue, she however did not.

15   There was some exchange of words between the two of us, which I do not recall in detail,

16   however, at the time I felt that Ms. Gonzalez was taking away valuable class time in attempting

17   to engage me in a confrontational dialogue thereby challenging my authority to run the class in a

18   manner I saw appropriate.  I also felt at the time that her behavior was disruptive of class

19   discipline.  Because I had given Ms. Gonzalez a few (more than a couple) warnings, I headed to

20   the Office of the Department Chair to seek further advice.  Unfortunately, in the absence of the

21   department's chairperson, Ms. Victoria Polotsky, I was only able to seek advice from the

22   secretary of the department, Bertha, who also happened to be the most senior representative of

23   this office present.  I briefly described the situation to Bertha whereupon she told me to have Ms.

24   Gonzalez removed by the college's security officers.  I did exactly as advised, and the security

25   officers removed Ms. Gonzalez from the classroom on my authority as the (adjunct) faculty

26   member in charge of teaching this section of Intermediate Algebra.  I also believe that my

27   students in my former section of Intermediate Algebra also, as a practical joke, perhaps inspired

28   or perpetrated by Ms. Gonzalez, or other disruptive students, moved the classroom clock an hour

* Addendum and amplification on the description above; aforesaid:
  I do not currently, at the time of signing of this complaint, if the recall
  if actual form used by the college was indeed C-305; it was a form which
  contained much of the same intent: namely, it was a disclosure of disability!

[COMPLAINT]

1   or so ahead, so that I ended up dismissing class an hour early!

2        The second incident which happened on the day preceding my termination was a verbal

3   altercation at the reprographics office where the only person present and working had

4   demonstrated discourteous attitude by not addressing my call for attention in attempting to

5   submit for printing my syllabus for the Intermediate Algebra class. Furthermore, after not filling

6   out the necessary paperwork prior to making my verbal request for the use of the copier, because

7   of a lack of knowledge and guidance on the matter, I was slighted by the person left in charge.

8   This incident resulted in the measured raising of my voice in protestation to the discourteous

9   attitude ill-behooving the presumed honors afforded by my academic title. Because the college

10   had reached out to me regarding its teaching needs less than a week before the first day of class

11   and because I was not allowed to enter the classroom until my urine analysis had cleared, I was

12   already behind with the preparation of the class materials and was therefore under increased

13   pressure to adhere to the departmental guidelines and have the course syllabus distributed in the

14   fastest manner possible. The department was on the one hand tardy in providing me with

15   printing credentials while on the other mindful of and insistent on my adherence to its deadlines

16   for providing syllabi to the students.

17

18

19

20

21

22

23

24

25

26

27

28

[COMPLAINT]

1         The last significant incident that day happened in my office when I had begun to feel a

2 burning sensation on my face. All of this resulted in a rather bad day at work. When I had left

3 the college, I was at home in Berkeley and had decided to do some reading and research at the

4 Berkeley Public Library. On my way to the library I became aware of a burning sensation on my

5 face. I asked one of the librarians, Loretta, if she noticed any swelling of my face and she

6 answered in the affirmative pointing to a noticeable swelling on one side. The burning sensation

7 had started when I was still at the college and was, I believe, related to my body's response to the

8 stress caused by my class' behavior and the department inappropriate reaction. On Loretta's

9 advice, I headed to the Elmhurst Memorial Hospital's Emergency Room, and was given a

10 prescription for Benadryl by the attending physician. The attending physician also reaffirmed

11 my suspicion that my body's response to undue stress had resulted in this inflammation-like

12 reaction. The agent suspected to have caused the swelling was *acetylcholine* according to the

13 attending physician.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[COMPLAINT]

6. In addition to the acts of discrimination herein complained of and the psychological distress which caused the pain and suffering aforementioned, and the tarnishing of my professional reputation which has taken me years (twelve years to be exact) of hard work to build up, I also suffered a rescision, in other words - one count of rescinding of a conditional job offer extended to me by the National Security Agency. The annual salary in this offer was over $100,000 per annum. The job offer was made to me prior to my employment by the aforementioned college, thus far the only defendant in this suit, and was rescinded shortly after the college's act of discriminatory termination as a result of it. Consider this: The National Security Agency, hereinafter the Agency, made its offer of employment to me upon my passing of the non-trivial (read hard) Mathematics Proficiency Examination (MPE), the submission of certain credentials, such as a curriculum vitae, a resume, transcripts which I paid $12.00 for the procurement of in behalf of the Agency, and letters of recommendation from three of the world's leading experts in their respective mathematical fields addressed to the top level military officers in charge of the Agency submitted to the attention of the Office of the Human Resources, as well as a personal reference from a friend who employed me when no college would and when I was in some need of a source of income! All of this I did in order to serve my country, which I have given an Oath of Allegiance to and consequently been released of dual citizenship for! This accursed college has cost me a lot more than my academic reputation. Further, I have cause to believe that they (the college) acted out of malice and in bad faith. On this topic of faith, please see Paragraph 4 above.

6

[COMPLAINT]

1    7.    I, therefore, ask this court to award me damages, restitutions, issue injunctions,

2  orders, hold hearings here or elsewhere at a place where I am able to have cheapest access to,

3  appoint counsel in good faith at no charge to me, see Paragraph 4 above, and afford me access to

4  repositories of legal precedence applicable to this here suit.  I shall ask for the maximum

5  applicable damages to be awarded, which shall be disbursed in as follows: for the ill, for the

6  homeless, and for myself the pauper who am ill and was homeless.  I herewith ask for

7  injunctions against one Elizabeth Budde, social worker at Presence Health, who together with

8  the Police Department of The Village of Berkeley did there infringe upon my right of due

9  process, had me deprived of liberty and caused me, through her malicious lies, to undergo a

10  mental health evaluation by people of bad or no faith at a facility which denied my so-called

11  "patient rights" and verbally assaulted me with rogue orderlies, medicated me against my will by use

12  of intimidation, and put me in the presence of people who have no God-given or Any Other right

13  to be there (in my presence), whose company I neither solicited nor enjoyed; which Elizabeth

14  Budde having lied the purposes therefor has recently refused to answer my in-good-faith

15  questions as to how she obtained her writ, or whatever you call her unlawfully procured

16  document in this here State!

17    8.    The defendant's conduct is discriminatory with respect to a disability – social

18  anxiety disorder.

19    9.    The last act of discrimination occurred on September 21st, 2018 – it was the

20  termination of my employment at the college.  As a no-less-than partial consequence of this act,

21  I also suffered a loss of a conditional job offer with the United States government contingent

22  upon the successful interview by a committee of my peers.

23

24

25

26

27

28

[COMPLAINT]

10.    I, the petitioner, prosecutor, and the ~~now-righteous~~ sin-free man, demand a jury of my

peers: men of good faith consistent with my definition thereof in Paragraph 4 above, who are

scholars who have attained the degree Doctor of Philosophy in Mathematics, and who are of

good moral character and pleasant disposition and are citizens of The United States of America

and of no other nation, principality, et cetera.  In the event that such jury cannot be convened, for

lack of peers in this land, feel free in good conscience to dismiss this suit and add insult to my

injuries hereto sustained.  If this be the case, I shall repent for ever believing in this Nation its

laws and its Faith.


Dated:  January 8th, 2019 AD

        at Elmhurst, Illinois



                                        By: _Jordan Schattschneider, Ph. D_____
                                                         Plaintiff

NOTE ⟶ NOT ENTIRELY CORRECT
This complaint contains 8 (eight) pages and 10 (ten) numbered paragraphs.
It also has 5 (five) handwritten corrections below enumerated:
(a) on line 4 of page 3, it contains the insertion of an asterisk pointing to a footnote;
(b) below line 28 but above the bottom-of-page delineator, it contains the footnote described in (a) above, all of this fully contained on page 3;
(c) on line 1 of page 7, it contains the correction of the noun "injunction" put into its plural form;
(d) on page 7, line 11 quotation marks have been inserted around the words 'patient rights', the word 'by' has been struck from the ~~record~~ page and was thereafter replaced with the word 'with' written in ink (blue ink) above it.
The back of each of these here pages has been left blank out of deference for what the Plaintiff, who is 9, still believes to be a just court, this being a test upon it.
   Signed at 6:27 pm by Jordan Schattschneider, Ph. D
It further contains these corrections: my now defunct phone number on the upper left-hand corner of page 1 has been crossed out in black.
The crossed out 'C' was reinstated in black ink. I also attest under penalty of perjury that the college required the completion of this identical forms CC-305 or an equivalent thereof. Signed at 7:23 pm at Berkeley, Illinois:
Finally, it contains an ESSENTIAL amendment to paragraph 4. Signed: Jordan Antony Jordan Antony Schattschneider,Jr.
~~January~~ January 9th, 2019 after the Christ.

                            {COMPLAINT]